JS 44C/SDNY
REV. 08/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
BRANDON SANDERS

DEFENDANTS
CHECKR, INC.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Law Office of Adam G. Singer, PLLC
One Grand Central Place, 60 E. 42nd Street, Suite 4600
New York, NY 10165  212.842.2428

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. § 1681, et seq. Violations of the Fair Credit Reporting Act

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [X]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

TORTS                                                                 ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY       PERSONAL INJURY          FORFEITURE/PENALTY   BANKRUPTCY              OTHER STATUTES
                                          [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE   [ ] 310 AIRPLANE      PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE      [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY  SEIZURE OF PROPERTY  28 USC 158         [ ] 376 QUI TAM
[ ] 130 MILLER ACT      LIABILITY         [ ] 365 PERSONAL INJURY    21 USC 881       [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140 NEGOTIABLE  [ ] 320 ASSAULT, LIBEL &  PRODUCT LIABILITY    [ ] 690 OTHER          28 USC 157               REAPPORTIONMENT
        INSTRUMENT      SLANDER           [ ] 368 ASBESTOS PERSONAL                                             [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF [ ] 330 FEDERAL           INJURY PRODUCT                                                    [ ] 430 BANKS & BANKING
        OVERPAYMENT &   EMPLOYERS'            LIABILITY           PROPERTY RIGHTS                               [ ] 450 COMMERCE
        ENFORCEMENT     LIABILITY                                                                               [ ] 460 DEPORTATION
        OF JUDGMENT [ ] 340 MARINE         PERSONAL PROPERTY      [ ] 820 COPYRIGHTS                            [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                       [ ] 830 PATENT                                        ENCED & CORRUPT
[ ] 152 RECOVERY OF     LIABILITY         [ ] 370 OTHER FRAUD     [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION       ORGANIZATION ACT
        DEFAULTED   [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING                                                      (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                       [ ] 840 TRADEMARK                             [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS) PRODUCT LIABILITY                                              SOCIAL SECURITY          [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF [ ] 360 OTHER PERSONAL
        OVERPAYMENT     INJURY            [ ] 380 OTHER PERSONAL  LABOR                [ ] 861 HIA (1395ff)     [ ] 850 SECURITIES/
        OF VETERAN'S [ ] 362 PERSONAL INJURY -   PROPERTY DAMAGE                       [ ] 862 BLACK LUNG (923)     COMMODITIES/
        BENEFITS        MED MALPRACTICE   [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR   [ ] 863 DIWC/DIWW (405(g))    EXCHANGE
[ ] 160 STOCKHOLDERS                          PRODUCT LIABILITY        STANDARDS ACT   [ ] 864 SSID TITLE XVI
        SUITS                                                     [ ] 720 LABOR/MGMT   [ ] 865 RSI (405(g))     [X] 890 OTHER STATUTORY
[ ] 190 OTHER                             PRISONER PETITIONS          RELATIONS                                         ACTIONS
        CONTRACT                          [ ] 463 ALIEN DETAINEE  [ ] 740 RAILWAY LABOR ACT                     [ ] 891 AGRICULTURAL ACTS
[ ] 195 CONTRACT                          [ ] 510 MOTIONS TO      [ ] 751 FAMILY MEDICAL   FEDERAL TAX SUITS
        PRODUCT         ACTIONS UNDER STATUTES   VACATE SENTENCE      LEAVE ACT (FMLA)
        LIABILITY                              28 USC 2255                             [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE   CIVIL RIGHTS          [ ] 530 HABEAS CORPUS   [ ] 790 OTHER LABOR          Defendant)       [ ] 893 ENVIRONMENTAL
                                          [ ] 535 DEATH PENALTY       LITIGATION       [ ] 871 IRS-THIRD PARTY          MATTERS
                    [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC   26 USC 7609       [ ] 895 FREEDOM OF
REAL PROPERTY           (Non-Prisoner)                                SECURITY ACT (ERISA)                              INFORMATION ACT
                    [ ] 441 VOTING                                                                              [ ] 896 ARBITRATION
[ ] 210 LAND        [ ] 442 EMPLOYMENT    PRISONER CIVIL RIGHTS   IMMIGRATION                                   [ ] 899 ADMINISTRATIVE
        CONDEMNATION [ ] 443 HOUSING/                                                                                   PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE     ACCOMMODATIONS    [ ] 550 CIVIL RIGHTS    [ ] 462 NATURALIZATION                                APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH [ ] 555 PRISON CONDITION  APPLICATION
        EJECTMENT       DISABILITIES -    [ ] 560 CIVIL DETAINEE  [ ] 465 OTHER IMMIGRATION                     [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND   EMPLOYMENT            CONDITIONS OF CONFINEMENT  ACTIONS                                        STATE STATUTES
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH
        LIABILITY       DISABILITIES -OTHER
[ ] 290 ALL OTHER   [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

[✓] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____   JUDGE Andrew L. Carter, Jr.   DOCKET NUMBER 1:18-cv-10016

Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)     **ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
    [ ] a. all parties represented
    [ ] b. At least one party is pro se.
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**
Brandon Sanders
8 East 110th Street, Apartment 5, New York, NY 10029, New York County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**
Checkr, Inc.
1 Montgomery Street
San Francisco, CA 94104, San Francisco County

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE 11.16.18    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 08 Yr. 2004 )
RECEIPT #    Attorney Bar Code # AS7294

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)