Civil Action No. 1:18-cv-10741-UA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Checkr, Inc.
was received by me on *(date)* 11/27/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eric Selvig, Director , who is designated by law to accept service of process on behalf of *(name of organization)* Checkr, Inc., at 1 Montgomery Street, Ste. 2000, San Francisco, CA 94104, at 2:00 PM. on *(date)* 11/27/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/27/2018

*Server's signature* (signed: Gregory B. King)

See Attached California Jurat

Gregory B. King, San Francisco County Reg. No. 1206
*Printed name and title*

Rush Legal Delivery
1544 Boone Ave 5K
Bronx, NY 10460
*Server's address*

Additional information regarding attempted service, etc:
Documents served:
(1) Endorsed Summons
(2) Complaint

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 ~~_____~~
2 ~~_____~~
3 ~~_____~~
4 ~~_____~~
5 ~~_____~~
6 ~~_____~~

_Signature of Document Signer No. 1_      _Signature of Document Signer No. 2 (if any)_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ____San Francisco____

Subscribed and sworn to (or affirmed) before me
on this __29__ day of __November__, 20__18__,
         _Date_         _Month_          _Year_
by
(1) __Gregory B. King_____

(and (2) _____ ),
         _Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
              _Signature of Notary Public_

[Notary Seal: BRAULIO GARCIA, Notary Public - California, San Francisco County, Commission # 2149826, My Comm. Expires Apr 21, 2020]

_Place Notary Seal and/or Stamp Above_

--- OPTIONAL ---

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association