**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

BRANDON SANDERS,  Civil Action No. 1:18-cv-10741

        Plaintiff,

v.

CHECKR, INC.,

        Defendant.

---------------------------------------------------------x

## CHECKR, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Checkr, Inc., ("Checkr"), through its counsel, submits the following Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure.

Checkr, Inc. is a privately-held corporation, has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: January 18, 2019
     New York, New York

                              TROUTMAN SANDERS LLP

                              By: *s/ Amanda Lyn Genovese*
                              Amanda Lyn Genovese
                              875 Third Avenue
                              New York, New York 10022
                              Telephone: (212) 704-6000
                              Facsimile: (212) 704-6288
                              amanda.genovese@troutman.com

                              *Attorneys for Checkr, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2019, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

By: *s/ Amanda Lyn Genovese*
Amanda Lyn Genovese