USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BRANDON SANDERS,

                                         Plaintiff,

           -against-                       1:18-cv-10741 (ALC)

CHECKR, INC.,                     **ORDER OF REFERENCE**

                                      Defendant.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The above-captioned action is referred to Magistrate Judge Debra C. Freeman for the following purpose[s]:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement): | \_\_\_ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| \_\_\_ | Specific Non-Dispositive Motion/Dispute | \_\_\_ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| \_\_\_ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | \_\_\_ | Habeas Corpus |
| \_\_\_ | Settlement: | \_\_\_ | Social Security |
| \_\_\_ | Inquest After Default/Damages Hearing | \_\_\_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

**SO ORDERED.**

**Dated:**       February 25, 2019
                New York, New York

                                                    **HON. ANDREW L. CARTER, JR.**
                                                      **United States District Judge**