UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/19

| | |
|---|---|
| BRANDON SANDERS, | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 1:2018-CV-10741-UA |
| CHECKR, INC. | ) |
| Defendant. | ) |

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Jeffrey B. Sand, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the state of Georgia; and that his contact information is as follows:

Applicant's Name:   Jeffrey B. Sand

Firm Name:   Weiner & Sand LLC

Address:   3525 Piedmont Road, 7 Piedmont Center, 3rd Floor,

City / State / Zip:   Atlanta, Georgia 30305

Telephone / Fax:   (404) 205-5029 / (866) 800-1482

Applicant having requested admission Pro Hac Vice to appear for all purpose for Plaintiff Brandon Sanders in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hace Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline for attorneys.

Dated: 2/26/19                                              _____

                                                           ~~United States District /~~ Magistrate Judge

                                    DEBRA FREEMAN
                        UNITED STATES MAGISTRATE JUDGE
                         SOUTHERN DISTRICT OF NEW YORK