```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON SANDERS,

          Plaintiff,

v.

CHECKR, INC.,

          Defendant.

Case No. 1:18-cv-10741

**PROPOSED ORDER FOR ADMISSION** *PRO HAC VICE*

---

The motion of LAUREN KW BRENNAN for admission to appear *Pro Hac Vice* in the above-captioned action is GRANTED. Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania and New Jersey; and that his contact information is as follows:

> Lauren KW Brennan
> FRANCIS & MAILMAN, P.C.
> 1600 Market Street, 25th Floor
> Philadelphia, PA 19103
> Tel: (215) 735-8600
> Fax: (215) 940-8000
> lbrennan@consumerlawfirm.com

**IT IS HEREBY ORDERED** that LAUREN KW BRENNAN is admitted to practice *Pro Hac Vice* for Plaintiff Brandon Sanders in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/26/19

_____
~~United States District~~ Judge

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK