UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/19
```

BRANDON SANDERS,

                Plaintiff,

v.

CHECKR, INC.,

                Defendant.

Case No. 1:18-cv-10741

**PROPOSED ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of JAMES A. FRANCIS for admission to appear *Pro Hac Vice* in the above-captioned action is GRANTED. Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania and New Jersey; and that his contact information is as follows:

    James A. Francis
    FRANCIS & MAILMAN, P.C.
    1600 Market Street, 25th Floor
    Philadelphia, PA 19103
    Tel: (215) 735-8600
    Fax: (215) 940-8000
    jfrancis@consumerlawfirm.com

**IT IS HEREBY ORDERED** that JAMES A. FRANCIS is admitted to practice *Pro Hac Vice* for Plaintiff Brandon Sanders in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/26/19

_____
~~United States District Judge~~

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK