# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

BRANDON SANDERS,

                Plaintiff,

-against-                                  1:18 Civ. 10741 ( ALC )

CHECKR, INC.,                        **MOTION FOR ADMISSION**

                                        **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Cindy D. Hanson hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Checkr, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Georgia, New York and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 19, 2019

Respectfully Submitted,

Cindy D. Hanson

Applicant Signature: /s/ Hanson

Applicant's Name: Cindy D. Hanson

Firm Name: Troutman Sanders LLP

Address: 600 Peachtree Street NE, Suite 3000

City/State/Zip: Atlanta, GA 30308-2216

Telephone/Fax: 404-885-3000 / 404-885.3900

Email: cindy.hanson@troutman.com