```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/19
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
BRANDON SANDERS,

        Plaintiff,                Case No. 1:18-cv-10741-ALC-DCF

v.

CHECKR, INC.,

        Defendant.
---------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Cindy D. Hanson for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Georgia, New York and New Jersey; and that her contact information is as follows:

Cindy D. Hanson
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta GA 30308-2216
(404)885-3000
(404)885-3900 (Fax)
cindy.hanson@troutman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Checkr, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/9/19                      _/s/ Debra Freeman_
                                              United States ~~District~~/Magistrate Judge

                                              Debra Freeman
                                              United States Magistrate Judge
                                              Southern District of New York

38541392v1                                     1