**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

BRANDON SANDERS,                                    Civil Action No. 1:18-cv-10741

        Plaintiff,

 v.

CHECKR, INC.,

        Defendant.
--------------------------------------------------------x

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's December 17, 2019 Order (Dkt. No. 36), Defendant Checkr, Inc., ("Checkr"), and Plaintiff Brandon Sanders ("Plaintiff"), through their undersigned counsel, submit the following Joint Status Report regarding the parties' mediation that took place on February 25, 2020 with mediator Carole Katz.

Though the parties did not reach a settlement at the mediation, they nonetheless engaged in a productive discussion about a potential resolution.  They have agreed to discuss a further exchange of information and intend to work together to schedule another mediation within ninety days from the filing of this Joint Status Report.  The ninety-day time frame is consistent with the mediator's earliest availability.

The parties jointly request that the Court continue the stay of all litigation deadlines to remain in place until after the parties' subsequent mediation has occurred.  Good cause exists for the stay to continue as it will allow the parties additional time to continue working towards reaching a settlement.  The continued stay in this matter also will not affect any other pending deadlines in the case.  The request is jointly made and not for any dilatory purpose.

For these reasons, the parties jointly propose that the Court continue the stay of all litigation deadlines in this case and require the parties to submit a subsequent status report on settlement to report back to the court no later than June 18, 2020.

Dated: March 3, 2020

By: */s/ Cindy Hanson*
Cindy Hanson
6000 Peachtree Street NE, S. 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
cindy.hanson@troutman.com
**Troutman Sanders LLP**

*Attorneys for Defendant*

*/s/ Jeffrey Sand*
Weiner & Sand LLC
Jeffrey B. Sand
800 Battery Ave.
Suite 100
Atlanta, GA 30339
(404) 205-5029
js@atlantaemployeelawyer.com
**Weiner & Sand LLC**

James A. Francis
1600 Market St., S. 2510
Philadelphia, PA 19103
T: (215) 735-8600
jfrancis@consumerlawfirm.com
lbrennan@consumerlawfirm.com
**Francis Mailman Soumilas, P.C.**

Adam G. Singer
60 E. 42nd St., S. 4600
New York, NY 10165
(212) 842-2428
asinger@adamsingerlaw.com
**Law Office of Adam G. Singer, PLLC**

*Attorneys for Plaintiff*