```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
    **BRANDON SANDERS,**

                          **Plaintiff,**

                **-against-**                      **1:18-cv-10741 (ALC)**

    **CHECKR, INC.,**                           **ORDER**

                        **Defendant.**
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties are hereby **ORDERED** to submit a Joint Status Report on or before October 26, 2020.

**SO ORDERED.**

**Dated:**     **October 5, 2020**
                **New York, New York**

                                              */s/ Andrew L. Carter, Jr.*
                                              **HON. ANDREW L. CARTER, JR.**
                                                   **United States District Judge**