USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **BRANDON SANDERS,**

                              **Plaintiff,**

                   -against-                         **1:18-cv-10741 (ALC)**

   **CHECKR, INC.,**                          **ORDER OF DISCONTINUANCE**

                             **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

**Dated:**     **October 9, 2020**
                **New York, New York**

                                                       */s/ Andrew L. Carter, Jr.*
                                                **HON. ANDREW L. CARTER, JR.**
                                                 **United States District Judge**